STATE OF CONNECTICUT *v.* ROBERT MERCER

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 679 (AC 10890), is denied.

*Thomas M. Conroy,* special public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided February 4, 1993

STATE OF CONNECTICUT *v.* THOMAS R. O'BRIEN

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 724 (AC 10736), is denied.

*Deborah Del Prete Sullivan,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided February 4, 1993

GARRETT SMITH *v.* LEONARD BARBIERI, WARDEN

The petitioner Garrett Smith's petition for certification for appeal from the Appellate Court, 29 Conn. App. 817 (AC 10865), is denied.

*Denise Ansell,* special public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided February 4, 1993